IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **RYAN SILLS,**<br><br>    **Plaintiff,**<br><br>    v.<br><br>**EDUCATIONAL COMMISSION FOR FOREIGN MEDICAL GRADUATES,**<br><br>    **Defendant.** | Civil Action No.  2:07-cv-04637-JG<br><br>**ELECTRONICALLY FILED** |

## DEFENDANT'S RULE 7.1 CORPORATE DISCLOSURE STATEMENT

Pursuant to Federal Rule of Civil Procedure 7.1, Defendant Educational Commission for Foreign Medical Graduates ("ECFMG"), by its attorneys, submits the following Corporate Disclosure Statement:

1.  ECFMG has no parent corporation.

2.  No publicly held corporation owns 10% or more of the stock of ECFMG.

Respectfully submitted,

Dated: January 7, 2008

/s/ Christina Joy F. Grese
Michael J. Ossip (Pa. ID No. 30912)
Christina Joy F. Grese (Pa. ID No. 200797)
MORGAN, LEWIS & BOCKIUS LLP
1701 Market Street
Philadelphia, Pennsylvania 19101
215.963.5066/5085

Attorneys for Defendant,
Educational Commission for Foreign
Medical Graduates

**CERTIFICATE OF SERVICE**

I hereby certify that a true and correct copy of the foregoing Corporate Disclosure Statement of Defendant Educational Commission for Foreign Medical Graduates was filed electronically and is available for viewing and downloading from the ECF system of the U.S. District Court for the Eastern District of Pennsylvania, and that I served the same via electronic filing and first class mail, postage prepaid, on January 7, 2008, upon the following:

>Ari R. Karpf, Esquire
>Jeremy M. Cerutti, Esquire
>Karpf, Karpf & Virant
>3070 Bristol Pike
>Bldg. 2, Ste. 231
>Bensalem, PA 19020
>
>*Attorneys for Plaintiff*

/s/ Christina Joy F. Grese
CHRISTINA JOY F. GRESE