IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| RYAN SILLS, | : |
| Plaintiff, | : |
| v. | : Civil Action No. 2:07-cv-04637-JG |
| EDUCATIONAL COMMISSION FOR FOREIGN MEDICAL GRADUATES, | : ELECTRONICALLY FILED |
| Defendant. | : |

## ENTRY OF APPEARANCE

Kindly enter the appearance of Michael J. Ossip of the law firm of Morgan, Lewis & Bockius LLP, as counsel of record for Defendant Educational Commission for Foreign Medical Graduates.

Respectfully submitted,

s/ Michael J. Ossip
Michael J. Ossip (Pa. I.D. No. 30912)
MORGAN, LEWIS & BOCKIUS LLP
1701 Market Street
Philadelphia, PA  19103
(215) 963-5761

Attorneys for Defendant

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the Entry of Appearance of Michael J. Ossip was filed electronically and is available for viewing and downloading from the ECF system of the U.S. District Court for the Eastern District of Pennsylvania, and that I served the same via electronic filing and first class mail, postage prepaid, on January 8, 2008, upon the following:

Ari R. Karpf, Esquire
Jeremy M. Cerutti, Esquire
Karpf, Karpf & Virant
3070 Bristol Pike
Bldg. 2, Ste. 231
Bensalem, PA  19020

*Attorneys for Plaintiff*

    /s/ Christina Joy F. Grese
CHRISTINA JOY F. GRESE