IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| RYAN SILLS, | : | CIVIL ACTION |
| Plaintiff, | : | NO. 07-4637 |
| v. | : | |
| EDUCATIONAL COMMISSION FOR FOREIGN MEDICAL GRADUATES, | : | |
| Defendants. | : | |

## ORDER

AND NOW, this 10th day of January, 2008, it is hereby ORDERED that a pre-trial conference in the above-captioned matter shall be held on February 14, 2008, at 4:00 p.m. in Room #17614, United States Courthouse.

BY THE COURT:

S/ James T. Giles
J.