IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| RYAN SILLS, | : |
| Plaintiffs, | : |
| | : Civil Action No. 07-4637 |
| v. | : |
| EDUCATIONAL COMMISSION FOR FOREIGN MEDICAL GRADUATES, | : |
| Defendant. | : |

## ENTRY OF APPEARANCE

Kindly enter my appearance on behalf of Plaintiff Ryan Sills in the above-referenced matter.

Respectfully submitted,

**KARPF, KARPF & VIRANT**


*/s/ Sean P. Galvin*
Sean P. Galvin

Dated: February 14, 2008

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| RYAN SILLS,<br><br>           Plaintiffs,<br><br>      v.<br><br>EDUCATIONAL COMMISSION FOR<br>FOREIGN MEDICAL GRADUATES,<br><br>           Defendant. | :<br>:<br>:<br>:   Civil Action No. 07-4637<br>:<br>:<br>:<br>:<br>:<br>:<br>: |

## CERTIFICATION OF SERVICE

I certify on the date set forth below that I served the listed individuals with a copy of the foregoing Entry of Appearance via ECF:

Michael J. Ossip
Morgan, Lewis & Bockius
1701 Market Street
Philadelphia, PA 19103-2921


                              */s/ Sean P. Galvin*
                              Sean P. Galvin

Dated: February 14, 2008