IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| RYAN SILLS, | : | CIVIL ACTION |
| | : | |
| Plaintiff, | : | NO. 07-04637 |
| | : | |
| v. | : | |
| | : | |
| EDUCATIONAL COMMISSION FOR | : | |
| FOREIGN MEDICAL GRADUATES, | : | |
| | : | |
| Defendant. | : | |

**ORDER**

AND NOW, this 15th day of February, 2008, it is hereby ORDERED as follows:

1.  The parties shall notify the Court as to whether they want to participate in the
    court annexed mediation program or some other type of alternative dispute
    resolution on or before March 14, 2008.

2.  All discovery, including expert discovery, shall be completed by June 6, 2008.

3.  A telephone conference call shall take place on June 11, 2008 at 2:00 p.m., to
    be initiated by Plaintiff's counsel.

4.  Any dispositive motion shall be filed not later than June 27, 2008.

5.  Any response to a dispositive motion shall be filed not later than July 11,
    2008.

6.  Plaintiff shall file a pretrial memorandum, as well as proposed points for
    charge (each charge on a separate page), and memorandum of law on disputed
    or unusual legal issues by October 31, 2008.

7.  Defendant shall file a pretrial memorandum, as well as proposed points for
    charge (each charge on a separate page), and memorandum of law on disputed

or unusual legal issues by <u>November 14, 2008</u>.

8.      A final pretrial conference shall be held on <u>November 25, 2008</u>, at <u>4:00 p.m.</u>,

        in Room 17614.

9.      The parties will appear on <u>December 3, 2008</u> at <u>9:30 a.m.</u> in <u>Courtroom 17A</u>

        for jury selection.


                        BY THE COURT:


                        <u>      S/ James T. Giles      </u>
                                            J.