## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

RYAN SILLS,                               :
                                          :
        Plaintiff,                    :
                                          :         Civil Action No. 07-4637
        v.                            :
                                          :
EDUCATIONAL COMMISSION FOR                :
FOREIGN MEDICAL GRADUATES,                :
                                          :
        Defendant.                    :
                                          :

### ORDER

**AND NOW,** this _____ day of _____, 2008, that upon consideration of Plaintiff's Counsels' Petition to Withdraw their Appearance and any response thereto, it is hereby **ORDERED** and **DECREED** the Petition is GRANTED, and the Firm of Karpf, Karpf & Virant and attorneys Ari Karpf and Sean Galvin are no longer counsel for Plaintiff.

It is further ORDERED that the above-captioned matter is stayed for a period of sixty (60) days to permit Plaintiff to find new counsel if he wishes to proceed with his case.

BY THE COURT:

_____
The Honorable James T. Giles, U.S.D.J.

1

**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| RYAN SILLS, | : | |
| | : | |
| Plaintiff, | : | |
| | : | Civil Action No. 07-4637 |
| v. | : | |
| | : | |
| EDUCATIONAL COMMISSION FOR | : | |
| FOREIGN MEDICAL GRADUATES, | : | |
| | : | |
| Defendant. | : | |

## PETITION OF PLAINTIFF'S COUNSEL TO WITHDRAW

Plaintiff's undersigned counsel respectfully requests that they be permitted to withdraw from the above-captioned matter for the following reasons:

1. The instant lawsuit was initiated on November 5, 2007 (docket entry # 1).

2. In the instant lawsuit, Plaintiff seeks redress for alleged violations of the Family and Medical Leave Act.

3. A Rule-16 conference was conducted on February 15, 2008 wherein this Court set a fact discovery deadline for June 6, 2008 (docket entry # 9).

4. For a period of more than 2 months, Plaintiff has failed to cooperate with his counsel by refusing to communicate with counsel and by failing to appear at scheduled appointments.

5. Plaintiff has been warned in writing and by telephone message multiple times that his failure to cooperate would result in Plaintiff's undersigned counsel being forced to seek the instant relief.

6. Under the Rules of Professional Conduct 1.16(b)(5), 1.16(b)(6), and 1.16(b)(7), Plaintiff's undersigned counsel should be permitted to withdraw from the instant case.

**KARPF, KARPF & VIRANT**

By: _____
Ari R. Karpf, Esq.
Sean Galvin, Esq.
Attorneys for Plaintiff
3070 Bristol Pike
Building 2, Suite 231
Bensalem, PA 19020
(215) 639-0801 phone
(215) 639-4970 fax

Date: April 23, 2008

## IN THE UNITED STATES DISTRICT COURT
### FOR THE EASTERN DISTRICT OF PENNSYLVANIA

|                                                    |     |                            |
| -------------------------------------------------- | --- | -------------------------- |
| RYAN SILLS,                                        | :   |                            |
|                                                    | :   |                            |
| Plaintiff,                                         | :   |                            |
|                                                    | :   | Civil Action No. 07-4637   |
| v.                                                 | :   |                            |
|                                                    | :   |                            |
| EDUCATIONAL COMMISSION FOR FOREIGN MEDICAL GRADUATES, | : |                          |
|                                                    | :   |                            |
| Defendant.                                         | :   |                            |
|                                                    | :   |                            |

### CERTIFICATE OF SERVICE

I certify on the date set forth below that I served Defendant with Plaintiff's Petition to Withdraw as Counsel via electronic filing at the following address and that a copy of the instant Petition was also mailed to Plaintiff by U.S. Mail:

Christina Joy Grease, Esq.
Morgan, Lewis & Bockius
1701 Market Street
Philadelphia, PA 19103-2921

**KARPF, KARPF & VIRANT**

By: _____
Ari R. Karpf, Esq.
Sean Galvin, Esq.
Attorney for Plaintiff
3070 Bristol Pike
Building 2, Suite 231
Bensalem, PA 19020
(215) 639-0801 phone
(215) 639-4970 fax

Dated: April 23, 2008