IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| RYAN SILLS, | : | CIVIL ACTION |
| | : | |
| Plaintiff, | : | NO. 07-4637 |
| | : | |
| v. | : | |
| | : | |
| EDUCATIONAL COMMISSION FOR | : | |
| FOREIGN MEDICAL GRADUATES, | : | |
| | : | |
| Defendants. | : | |

**ORDER**

AND NOW, this 13th day of May, 2008, it is hereby ORDERED that Plaintiff Ryan Sills shall SHOW CAUSE at a hearing on June 2, 2008, at 4:00 p.m. in Courtroom 17A, United States Courthouse, why the Petition of his counsel, Ari Karpf and Sean Galvin and the firm of Karpf, Karpf & Virant, for Leave to Withdraw as Legal Counsel (Docket No. 10) should not be granted. It is FURTHER ORDERED that Plaintiff's counsel shall serve the Plaintiff with a copy of this Order via U.S. Mail.

BY THE COURT:

S/ James T. Giles
                    J.