IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| RYAN SILLS, : | |
|       Plaintiffs, : | |
|       v. : | Civil Action No. 07-4637 |
| EDUCATIONAL COMMISSION FOR : | |
| FOREIGN MEDICAL GRADUATES, : | |
|       Defendant. : | |

## WITHDRAWAL OF APPEARANCE

Kindly withdraw my appearance on behalf of Plaintiff Ryan Sills in the above-referenced matter.

Respectfully submitted,

**KARPF, KARPF & VIRANT**


*/s/ Sean P. Galvin*
Sean P. Galvin


Dated: May 28, 2008

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| RYAN SILLS, | : |
| Plaintiffs, | : |
| | : Civil Action No. 07-4637 |
| v. | : |
| EDUCATIONAL COMMISSION FOR FOREIGN MEDICAL GRADUATES, | : |
| Defendant. | : |

## CERTIFICATION OF SERVICE

I certify on the date set forth below that I served the listed individuals with a copy of the foregoing Withdrawal of Appearance via ECF:

Michael J. Ossip
Morgan, Lewis & Bockius
1701 Market Street
Philadelphia, PA 19103-2921


Respectfully submitted,

**KARPF, KARPF & VIRANT**


*/s/ Sean P. Galvin*
Sean P. Galvin

Dated: May 28, 2008