IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **RYAN SILLS,** : | |
| : | |
| Plaintiff, : | |
| : | |
| v. : | Civil Action No. 2:07-cv-04637-JG |
| : | |
| **EDUCATIONAL COMMISSION FOR** : | **ELECTRONICALLY FILED** |
| **FOREIGN MEDICAL GRADUATES,** : | |
| : | |
| Defendant. : | |
| : | |

## ENTRY OF APPEARANCE

Kindly enter the appearance of Anne E. Martinez of the law firm of Morgan, Lewis & Bockius LLP on behalf of Defendant Educational Commission for Foreign Medical Graduates in the above-captioned matter.

Dated:  May 30, 2008                    Respectfully submitted,

/s/ Anne E. Martinez
Anne E. Martinez (Pa. I.D. No.  201189)
MORGAN, LEWIS & BOCKIUS LLP
1701 Market Street
Philadelphia, PA  19103
Telephone:  (215) 963-5718
Fax:  (215) 963-5001
E-mail:  aemartinez@morganlewis.com

Attorneys for Defendant

## **CERTIFICATE OF SERVICE**

     I hereby certify that a true and correct copy of the Entry of Appearance of Anne E. Martinez was filed electronically and is available for viewing and downloading from the ECF system of the U.S. District Court for the Eastern District of Pennsylvania, and that I served the same via electronic filing and first class mail, postage prepaid, on May 30, 2008, upon the following:

> Ari R. Karpf, Esquire
> Karpf, Karpf & Virant
> 3070 Bristol Pike
> Bldg. 2, Ste. 231
> Bensalem, PA  19020
>
> *Attorney for Plaintiff*

      /s/ Anne E. Martinez
    ANNE E. MARTINEZ