IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

RYAN SILLS,

    Plaintiff,

v.

EDUCATIONAL COMMISSION FOR
FOREIGN MEDICAL GRADUATES,

    Defendant.

Civil Action No. 07-4637

**FILED**
JUN - 3 2008
MICHAEL E. KUNZ, Clerk
By _____ Dep. Clerk

## ORDER

AND NOW, this 2nd day of June, 2008, that upon consideration of Plaintiff's Counsels' Petition to Withdraw their Appearance and any response thereto, it is hereby **ORDERED** and **DECREED** the Petition is GRANTED, and the Firm of Karpf, Karpf & Virant and attorneys Ari Karpf and Sean Galvin are no longer counsel for Plaintiff.

It is further ORDERED that the above-captioned matter is stayed for a period of ~~sixty~~ thirty (30) ~~(60)~~ days to permit Plaintiff to find new counsel if he wishes to proceed with his case. The trial date of 12/3/08 remains firm.

BY THE COURT:

_James T. Giles_
The Honorable James T. Giles, U.S.D.J.

ENTERED
JUN 0 3 2008
CLERK OF COURT

1