IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| RYAN SILLS, | : | CIVIL ACTION |
| Plaintiff, | : | NO. 07-4637 |
| v. | : | |
| EDUCATIONAL COMMISSION FOR FOREIGN MEDICAL GRADUATES, | : | |
| Defendants. | : | |

**ORDER**

AND NOW, this 2nd day of June, 2008, the court having granted the Petition of Ari Karpf and the firm of Karpf, Karpf & Virant for Leave to Withdraw as Legal Counsel, it is hereby ORDERED as follows:

1. All previously scheduled dates in the above-captioned matter are STAYED for a period of 30 days, except that the trial and final pretrial conference dates are unchanged.

2. If, for good cause, Plaintiff files a motion to extend the discovery deadline, the court will consider expanding the date to a date not later than August 31, 2008.

3. Plaintiff will be deemed pro se if he fails to obtain an attorney within thirty (30) days.

4. Attorney Jeremy Cerutti of the law firm Karpf, Karpf & Virant, shall send to Plaintiff via regular and certified mail a copy of (1) the instant Order and (2) the court's Order granting the Petition of Ari Karpf and the firm of Karpf, Karpf & Virant for Leave to Withdraw as Legal Counsel.

5. The court shall take under advisement Defendant's Oral Motion to Dismiss for Lack of Prosecution, as made on the record on this date.

BY THE COURT:

    S/ James T. Giles
                        J.