IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| RYAN SILLS,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>EDUCATIONAL COMMISSION FOR<br>FOREIGN MEDICAL GRADUATES,<br><br>　　　　　Defendant. | Civil Action No.  2:07-cv-04637-JG |

### **ORDER**

**AND NOW,** this ___ day of _____, 2008, upon consideration of Defendant's Motion to Dismiss, and any response thereto, it is hereby **ORDERED** that Defendant's Motion is **GRANTED**, and Plaintiff's Complaint is **DISMISSED WITH PREJUDICE.**

_____
　　　　　　　　　　　　　　　, J.