## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing Motion to Dismiss for Failure to Prosecute, supporting Memorandum of Law, and Proposed Order were served by first class mail and certified mail (return receipt requested), postage prepaid, on this 13th day of June, 2008, upon the following:

>Ryan Sills
>74 Ronald Drive
>Burlington, NJ  08016
>
>*Plaintiff*

>/s/ Christina Joy F. Grese
>CHRISTINA JOY F. GRESE